UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MACK GAMBLE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:05-cv-1454-JDT-TAB |
| ) | |
| CHRYSLER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/06/2006

_____
John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

_Evelyn G. Hollins_
By: Deputy Clerk

Copies to:

Mack Gamble, Jr.
2175 N. Capital Ave.
Indianapolis, IN 46204